**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 19-14444 |
| James R. Rich, | Chapter 13 |
| Debtor. | SSN: xxx-xx-8922 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of James R. Rich, it is hereby **ORDERED** that:

1. Debtor's employer, **Penn Warehousing and Distribution Inc.** ("the employer") shall pay $29.30 directly from each of his regular weekly paychecks, to the chapter 13 trustee at the following address:

    Kenneth E. West, Chapter 13 Trustee
    P.O. Box 1799
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:

Ashely M. Chan
U.S. Bankruptcy Judge

CC:  Penn Warehousing and Distribution Inc.
      2147 S. Columbus Blvd
      Philadelphia PA, 19148