United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James R. Rich  
James R. Rich  
    Debtors

Case No. 19-14444-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 05, 2024      Form ID: pdf900      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James R. Rich, MAILING ADDRESS, 6804 N. 11th Street, Philadelphia, PA 19126-2806 |
| db | + | James R. Rich, 1144 E. Mount Airy Avenue, 2nd Floor, Philadelphia, PA 19150-3825 |
| | + | Penn Warehousing and Distribution Inc., 2147 S. Columbus Blvd, Philadelphia, PA 19148-2805 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:**

**Name**      **Email Address**

KENNETH E. WEST  
    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK  
    on behalf of Debtor James R. Rich help@cibiklaw.com  
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD  
    on behalf of Debtor James R. Rich help@cibiklaw.com  
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 05, 2024 | Form ID: pdf900 | Total Noticed: 3

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Case No. 19-14444 |
|---|---|
| James R. Rich, | Chapter 13 |
| Debtor. | SSN: xxx-xx-8922 |

ORDER DIRECTING EMPLOYER
TO MAKE WAGE DEDUCTION

Upon motion of James R. Rich, it is hereby **ORDERED** that:

1. Debtor's employer, Penn Warehousing and Distribution Inc. ("the employer") shall pay $29.30 directly from each of his regular weekly paychecks, to the chapter 13 trustee at the following address:

    Kenneth E. West, Chapter 13 Trustee
    P.O. Box 1799
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: April 5, 2024

Ashely M. Chan
U.S. Bankruptcy Judge

CC: Penn Warehousing and Distribution Inc.
    2147 S. Columbus Blvd
    Philadelphia PA, 19148