**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| James R. Rich, *Debtor*. | Chapter 13<br>Case No. 19-14444-amc |
|---|---|

**Praecipe to Convert Case**

To the Clerk of Court:

Please convert this chapter 13 case to a case under chapter 7.

Date: May 1, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By:______________________________
Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com