United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James R. Rich  
James R. Rich  
    Debtors

Case No. 19-14444-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 02, 2024      Form ID: 210U      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James R. Rich, MAILING ADDRESS, 6804 N. 11th Street, Philadelphia, PA 19126-2806 |
| db | + | James R. Rich, 1144 E. Mount Airy Avenue, 2nd Floor, Philadelphia, PA 19150-3825 |
| 14358579 | + | 5649, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14358581 | | Arcadia Recovery, PO BOX 70256, Philadelphia PA 19176-0256 |
| 14358583 | + | Chestnut Hill Hospital, 8835 Germantown Avenue, Philadelphia, PA 19118-2765 |
| 14358599 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 02 2024 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2024 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14358580 | ^ | MEBN | May 02 2024 23:37:04 | AFS/AmeriFinancial Solutions, LLC., PO Box 65018, Baltimore, MD 21264-5018 |
| 14358586 | | Email/Text: megan.harper@phila.gov | May 02 2024 23:50:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14358587 | | Email/Text: megan.harper@phila.gov | May 02 2024 23:50:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14361600 | + | Email/Text: enotifications@santanderconsumerusa.com | May 02 2024 23:50:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14358584 | + | Email/Text: ecf@ccpclaw.com | May 02 2024 23:49:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14358588 | + | Email/Text: bankruptcy@philapark.org | May 02 2024 23:50:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14358589 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 02 2024 23:49:00 | Commonwealth of PA, UC Benefits Overpayment Section, 501 Labor and Industry Building, 7th and Foster Streets, Harrisburg, PA 17121 |
| 14358590 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 02 2024 23:49:00 | Commonwealth of PA, UC Benefits Overpayment Section, 501 Labor andIndustry Building, 7th and Foster Streets, Harrisburg, PA 17121 |
| 14358592 | | Email/Text: bankruptcycourts@equifax.com | May 02 2024 23:49:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14358593 | + | Email/Text: bknotice@ercbpo.com | May 02 2024 23:50:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

Case 19-14444-amc    Doc 78    Filed 05/04/24    Entered 05/05/24 00:29:46    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 02, 2024 | Form ID: 210U | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14358591 | + | Email/Text: bankruptcydepartment@tsico.com May 02 2024 23:50:00 | | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14358594 | ^ | MEBN | May 02 2024 23:37:03 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14358595 | + | Email/PDF: ais.fpc.ebn@aisinfo.com May 02 2024 23:54:32 | | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14358596 | | Email/Text: sbse.cio.bnc.mail@irs.gov May 02 2024 23:49:00 | | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14358598 | + | Email/Text: MDSBankruptcies@meddatsys.com May 02 2024 23:49:00 | | Medical Data Systems Inc, Attn: Bankruptcy Dept, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 14358601 | ^ | MEBN | May 02 2024 23:37:10 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14359806 | + | Email/PDF: resurgentbknotifications@resurgent.com May 02 2024 23:54:27 | | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14358600 | | Email/Text: bankruptcygroup@peco-energy.com May 02 2024 23:49:00 | | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14358602 | + | Email/Text: bankruptcy@philapark.org May 02 2024 23:50:00 | | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14358603 | + | Email/Text: enotifications@santanderconsumerusa.com May 02 2024 23:50:00 | | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14358604 | | Email/Text: DASPUBREC@transunion.com May 02 2024 23:49:00 | | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14358605 | + | Email/Text: ECMCBKNotices@ecmc.org May 02 2024 23:49:00 | | U.S. Department of Education, ECMC/Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14358582 | | Center City Dermatology |
| 14358585 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14358597 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2024    Signature:    /s/Gustava Winters

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: May 02, 2024 Form ID: 210U Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor James R. Rich help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor James R. Rich help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James R. Rich and James R. Rich                    Case No: 19−14444−amc

    Debtor(s)

_____

*CLERK'S NOTICE RE: PRESUMPTION OF ABUSE*

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 5/2/24

For The Court

Timothy B. McGrath
Clerk of Court

74
Form 210U